■ PETER A. FRANCESCHI, Respondent, v BULOVA WATCH COMPANY, INC., Appellant. — Order, Supreme Court, Bronx County (Mercorella, J.), entered on June 8, 1982, unanimously affirmed, without costs and without disbursements. The defendant was under no obligation under the December 12, 1977 agreement to promote or exploit plaintiff's device. No opinion. Concur — Markewich, J. P., Silverman, Fein, Milonas and Kassal, JJ.

■ MARIANNA S. KAZARINOV, Respondent, v L. B. KAYE ASSOCIATES et al., Appellants. — Appeals from order, Supreme Court, New York County (Lehner, J.), entered on February 10, 1982, and from the order of said court entered on June 10, 1982, unanimously dismissed as moot, without costs and without disbursements. The underlying controversy has been settled. No opinion. Concur — Markewich, J. P., Silverman, Fein, Milonas and Kassal, JJ.

■ STEWART CAPITAL CORPORATION, Respondent, v CHARLES R. LAWLISS et al., Defendants, and THOMAS R. RULE, Appellant. — Order, Supreme Court, New York County (Greenfield, J.), entered on December 2, 1981, unanimously affirmed for the reasons stated by Greenfield, J., at Special Term, without costs and without disbursements. Concur — Markewich, J. P., Silverman, Fein, Milonas and Kassal, JJ.

■ CARLO MINESSALE, Respondent, v UNIVERSAL MARITIME SERVICE CORP., Also Known as UNIVERSAL TERMINAL AND STEVEDORING CORP., Appellant. — Order, Supreme Court, New York County (Helman, J.), entered on October 13, 1981, unanimously affirmed. (See *Gray v Rederi A/S Myren*, 87 AD2d 413.) Respondent shall recover of appellant $75 costs and disbursements of this appeal. No opinion. Concur — Markewich, J. P., Silverman, Fein, Milonas and Kassal, JJ.